NEIL B. WEBB et al., Respondents, v TORRINGTON INDUS-TRIES, INC., Appellant. (Appeal No. 1.) [803 NYS2d 487]—Appeal from an order and judgment (one paper) of the Supreme Court, Oswego County (James W. McCarthy, J.), entered June 14, 2004 in a breach of contract action. The order and judgment awarded plaintiffs additional security.

NEIL B. WEBB et al., Respondents, v TORRINGTON INDUS-TRIES, INC., Appellant. (Appeal No. 3.) [803 NYS2d 487]—Appeal from an order and judgment (one paper) of the Supreme Court, Oswego County (James W. McCarthy, J.), entered June 14, 2004 in a breach of contract action. The order and judgment awarded plaintiffs attorneys' fees of $41,652 and disbursements of $2,956.81.

It is hereby ordered that the order and judgment so appealed

from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Kehoe, J.P., Martoche, Pine, Lawton and Hayes, JJ.